UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMORY KIP COLLINS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-0347-RLJ-HBG |
| | ) | |
| JESSIE ELLIS and AARON LAWSON, | ) | |
| | ) | |
| *Defendants*. | ) | |

## **JUDGMENT**

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to prosecute.  Fed. R. Civ. P. 41(b).  The Court **CERTIFIES** that any appeal taken in this matter would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

   **IT IS SO ORDERED.**

                                        ENTER:


                                        s/ Leon Jordan
                                        United States District Judge


ENTERED AS A JUDGMENT
   s/ John Medearis
   CLERK OF COURT